UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-24405-UNGARO

FABIO LARA,
    Plaintiff,
vs.
SPECIALIZED LOAN SERVICING, LLC,
    Defendant.
_____/

## JOINT STIPULATION OF FACTS AND ISSUES OF LAW

This is Plaintiff Fabio Lara's ("Lara") and Defendant Specialized Loan Servicing, LLC's ("SLS") joint stipulation of facts and issues of law, submitted in lieu of their pre-trial stipulation. Accordingly, the parties stipulate to the facts and issues that follow.

1. There are no material factual disputes between the parties. Even though Lara disputed some of SLS' statements of material fact [D.E. 31, 25], the dispute concerns only the *characterization* or *interpretation* of the letters. Thus, colloquially speaking, Lara and SLS agree that "the documents speak for themselves."

2. This case presents the Court with the following legal issue: Did any of the letters SLS sent to Lara violate 15 U.S.C. § 1692e(2), 15 U.S.C. § 1692f(1), or Fla. Stat. § 559.72(9)?

3. Lara's Florida Consumer Collection Practices Act, § 559.55, *et*

*seq.*, Fla. Stat. ("Fla.CCPA") claim stands or falls on the Court's ruling on the FDCPA claim.

    4.  In the event Lara prevails on his claim, he is only entitled to statutory damages in the amount of $2,000 ($1,000 each for the FDCPA and Fla.CCPA claims), and that Lara is not entitled to any actual or other damages.

    5.  In the event Lara prevails on his claim, he is entitled to attorney's fees and costs, both of which will be determined by the Court upon Lara's subsequent application.

    6.  This case is ripe for adjudication by summary judgment according to Federal Rule of Civil Procedure 56.

Dated: 4 September 2013
Respectfully submitted,

/s/ *Eric S. Matthew*
Eric S. Matthew
AKERMAN SENTERFITT
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131
305-374-5600 (ph) / 305-374-5095 (fax)
E-mail: eric.matthew@akerman.com
*Attorney for Plaintiff SLS*

/s/ *Leo Bueno*
Leo Bueno
Fla. Bar #: 716261

LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679
Coral Gables, FL 33114-1679
305-669-5260; 305-328-9301 [fax]
LeoBueno@USA.net
*Attorney for Defendant Lara*

## Certificate of Service

      I hereby certify that on 4 September 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Leo Bueno

Leo Bueno, Fla. Bar #: 716261

## Service List

Eric S. Matthew
AKERMAN SENTERFITT
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131
305-374-5600 (ph) / 305-374-5095 (fax)
E-mail: eric.matthew@akerman.com
Via CM/ECF

U:\CLIENTS\Lara Fabio [Specialized] 0312\Lara Fabio Stipulation.doc