UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:12-cv-24405-UU

FABIO LARA,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.

_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 54 and 58, and based on the Court's Findings of Fact & Conclusions of Law, it is

ORDERED AND ADJUDGED that a FINAL JUDGMENT is entered against Defendant and in favor of Plaintiff upon Plaintiff's Complaint herein, in the amount of $1,000.00.

This Court retains jurisdiction over attorney's fees and costs issues associated with the above-styled cause. It is further

ORDERED AND ADJUDGED that for Administrative Purposes this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of September, 2013.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record