UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:12-cv-24405-UU

FABIO LARA,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.
_____/

**AMENDED FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 54 and 58, and based on the Court's Findings of Fact & Conclusions of Law and the parties' Agreed Motion to Amend Final Judgment, it is

ORDERED AND ADJUDGED that an AMENDED FINAL JUDGMENT is entered against Defendant and in favor of Plaintiff upon Plaintiff's Complaint herein, in the stipulated amount of $2,000.00.

This Court retains jurisdiction over attorney's fees and costs issues associated with the above-styled cause.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of November, 2013.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:  counsel of record